IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| THOMAS GORDON, | § | |
| | § | |
| Defendant Below, | § | No. 320,2025 |
| Appellant, | § | |
| | § | Court Below: Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | |
| | § | Cr. ID No. 1807010648(K) |
| Appellee. | § | |

Submitted: February 11, 2026
Decided: April 30, 2026

Before **VALIHURA, TRAYNOR**, and **LEGROW**, Justices;

## **ORDER**

This 30th day of April, 2026, after careful consideration of the parties' briefs and the record on appeal, we find it evident that the judgment of the Superior Court should be affirmed on the basis of and for the reasons stated in the Opinion dated June 18, 2025, and the Commissioner's Report and Recommendation dated October 1, 2024.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Abigail M. LeGrow*
Justice

1